Dismissed and Memorandum Opinion filed January 13, 2005









Dismissed and Memorandum Opinion filed January 13,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00973-CR

____________

 

EX PARTE WANDA
McDONALD

 

 



 

On Appeal from the 337th District
Court

Harris County, Texas

Trial Court Cause No. 999,162

 



 

M E M O R A N D U M   O P I N I O N

Appellant was charged with the offense of murder in trial
court cause number 985,456.  The trial
court set pre-trial bond at $15,000. 
Appellant filed a pre-trial application for writ of habeas corpus
seeking a bond reduction.  The trial
court denied relief, and appellant brought this appeal.  This court has now been advised that appellant
has been convicted in the underlying murder case and sentenced to sixty years
confinement in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant=s conviction renders the issue of
pre-trial bond moot.  See Ex parte
Morgan, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960); Ex parte Bennet,
818 S.W.2d 199, 200 (Tex. App.CHouston [14th Dist.] 1991, no pet.) (stating that Awhere the premise of a habeas corpus
application is destroyed by subsequent developments, the legal issues raised
thereunder are rendered moot.@).  








Accordingly, we dismiss appellant=s appeal as moot.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 13, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore. 

Do Not Publish C Tex. R. App.
P. 47.2(b).